**CARMEN RIVERA**
California State Bar No. 345122
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5030
Telephone: (619) 234-8467
Facsimile: (619) 687-2666
Carmen_Rivera@fd.org

Attorneys for Mr. Gomez-Peralta

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,        | CASE NO.:   23CR2085-BAS |
|---|---|
| Plaintiff,                       | Hon. Cynthia Bashant<br>Date: November 13, 2023<br>Time: 2:00 p.m. |
| v.                               |  |
| **Ramon Edilio Gomez-Peralta**,  | **JOINT MOTION TO CONTINUE MOTION HEARING/TRIAL SETTING** |
| Defendant.                       |  |

Defendant, Ramon Edilio Gomez-Peralta, through counsel Carmen Rivera, and the United States jointly move to continue the Motion Hearing/Trial Setting scheduled for November 13, 2023 at 2:00 p.m. to January 5, 2024 at 2:00 p.m.. The parties also jointly move to exclude time under the Speedy Trial Act, 18 U.S.C. § 3161 (h)(1)(D) and 18 U.S.C. § (h)(7)(A).

1. The Information in this case was filed on October 10, 2023, and Defendant appeared before a judicial officer of this Court on October 10, 2023. The Speedy Trial Act, 18 U.S.C. § 3161(c)(1), requires trial to commence within 70 days from the later of those dates. The next Motion Hearing/Trial Setting is currently scheduled for November 13, 2023.

2. Section 3161(h) excludes certain periods of time in calculating the 70 days. That includes delay resulting from a continuance if the court finds "the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial." 18 U.S.C. § 3161(h)(7)(A). The Court must "set[] forth …

either orally or in writing, its reasons" for the finding. *Id.* The Court "shall consider" the following factors, "among others":

> (i) Whether the failure to grant such a continuance in the proceeding would be likely to make a continuation of such proceeding impossible, or result in a miscarriage of justice.
>
> (ii) Whether the case is so unusual or so complex, due to the number of defendants, the nature of the prosecution, or the existence of novel questions of fact or law, that it is unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself within the time limits established by this section.
>
> …
>
> (iv) Whether the failure to grant such a continuance in a case which, taken as a whole, is not so unusual or so complex as to fall within clause (ii), would deny the defendant reasonable time to obtain counsel, would unreasonably deny the defendant or the Government continuity of counsel, or would deny counsel for the defendant or the attorney for the Government the reasonable time necessary for effective preparation, taking into account the existence of due diligence.

18 U.S.C. § 3161(h)(7)(B). "No continuance under [this provision] shall be granted because of general congestion of the Court's calendar, or lack of diligent preparation or failure to obtain available witnesses on the part of the attorney for the Government." 18 U.S.C. § 3161(h)(7)(C).

    3.    The ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial, for the following reasons:

        a.    The parties are continuing to actively negotiate the case.

        b.    The parties are reviewing discovery and undersigned counsel needs time to review with Mr. Gomez-Peralta.

        c.    Discovery Motions are pending on file, ECF 14.

        d.    Ms. Rivera will be out of the district from October 11 through October 30, 2023.

    4.    The parties therefore jointly move to continue the Motion Hearing/Trial Setting to January 5, 2024 at 2:00 p.m., and to exclude time under the Speedy Trial Act.

///

The period of delay excluded should span from the filing of this motion, 18 U.S.C. § 3161 (h)(1)(D) and 18 U.S.C. § (h)(7)(A), until the next date.

Respectfully submitted,

Dated:  October 11, 2023

*s/ Carmen Rivera*
**Carmen Rivera**
Federal Defenders of San Diego, Inc.
Attorneys for Mr. Gomez-Peralta
Carmen_Rivera@fd.org

Dated:  October 11, 2023

*s/ Jeffrey Mark Pierce*
**Jeffrey Mark Pierce**
Assistant U.S. Attorney

**CERTIFICATE OF AUTHORIZATION TO SIGN
ELECTRONIC SIGNATURE**

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures of the United States District Court for the Southern District of California, I certify that the content of this document is acceptable to counsel for the Plaintiff and that I have obtained authorization from AUSA Jeffrey Mark Pierce to affix his electronic signature to this document.

*s/ Carmen Rivera*
Carmen Rivera
Federal Defenders of San Diego, Inc.
Carmen_Rivera@fd.org